DAVID L. OSIAS (BAR NO. 091287)
ROBERT R. BARNES (BAR NO. 144881)
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: dosias@allenmatkins.com

H. JAMES WULFSBERG (BAR NO. 046192)
TIMOTHY A. COLVIG (BAR NO. 114723)
WULFSBERG REESE COLVIG & FIRSTMAN PC
300 Lakeside Drive, 24th Floor
Oakland, California 94612
Phone: (510) 835-9100
E-Mail: jwulfsberg@wulfslaw.com

Attorneys for Otay River Constructors

UNITED STATES BANKRUPTCY COURT

Southern District of California

| | |
|---|---|
| In re<br><br>SOUTH BAY EXPRESSWAY, L.P.,<br><br>Debtor. | Case No. 10-04516-LA11<br><br>Chapter 11<br><br>(Jointly Administered with Case No. 10-04518) |
| OTAY RIVER CONSTRUCTORS,<br><br>Plaintiff,<br><br>v.<br><br>SOUTH BAY EXPRESSWAY, L.P., et al.,<br><br>Defendants. | *Adversary Cases Consolidated for Discovery and Trial*<br><br>Adv. No. 10-90172 LA<br><br>**NOTICE OF APPEAL** |
| AND RELATED ADVERSARY PROCEEDINGS | |

OTAY RIVER CONSTRUCTORS ("ORC"), the plaintiff in Adv. Pro. 10-90172, appeals under 28 U.S.C. § 158(a) from the Judgment entered on January 25, 2011, by the Honorable Louise DeCarl Adler, Bankruptcy Judge, in the consolidated adversary proceedings Adv. Pro. 10-90172 and Adv. Pro. 10-90180. A true and correct copy of the Judgment is attached hereto as Exhibit A.

The names of all parties to the Judgment appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Party** | **Counsel** |
|---|---|
| Otay River Constructors<br>Plaintiff | David L. Osias<br>Robert R. Barnes<br>Allen Matkins Leck Gamble Mallory & Natsis LLP<br>501 West Broadway, 15th Floor<br>San Diego, CA 92101-3541<br>Phone: (619) 233-1155<br><br>And<br><br>H. James Wulfsberg<br>Timothy A. Colvig<br>Wulfsberg Reese Colvig & Firstman PC<br>300 Lakeside Dr., 24th Fl.<br>Oakland, CA 94612<br>Phone: (510) 835-9100 |
| Wells Fargo Bank, N.A., as Collateral Agent,<br>Defendant | Robert J. Hanna<br>Ellen P. Head<br>Best Best & Krieger, LLP<br>655 W. Broadway, 15th Floor<br>San Diego, CA 92101<br>Phone: (619) 525-1300<br><br>And |

| | |
|---|---|
| | Gerald N. Sims<br>Kathleen Cashman-Kramer<br>Pyle Sims Duncan & Stevenson<br>401 B Street, Suite 1500<br>San Diego, CA 92101<br>Phone: (619) 687-5200 |
| South Bay Expressway, L.P. and California Transportation Ventures Inc.,<br>Defendants | R. Alexander Pilmer<br>Derek M. Milosavljevic<br>Kirkland & Ellis LLP<br>333 South Hope Street<br>Los Angeles, CA 90017<br>Phone: (213) 680-8400 |

Dated: January 26, 2011

By: /s/ David L. Osias

DAVID L. OSIAS
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
Attorneys for Plaintiff and Appellant
Otay River Constructors
501 West Broadway 15th Floor
San Diego, CA 92101
(619) 233-1155

**CERTIFICATE REGARDING NEF SERVICE**

I am employed in the County of San Diego, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is 501 W. Broadway, 15th Floor, San Diego, California 92101. On January 26, 2011, I served on interested parties in said action the foregoing document by the following means:

☒ **BY THE COURT VIA NEF:** Pursuant to controlling General Order(s) and in accordance with the Administrative Procedures and Guidelines for Electronic Filing, the foregoing document(s) will be served by the Court via Notice of Electronic Filing ("NEF") and hyperlink to the document. On January 25, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the persons listed on the attached service list are on the Electronic Mail Notice List to receive NEF transmission at the email address listed.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on January 26, 2011, at San Diego, California.

| | |
|---|---|
| Catherine Schiaffo | /s/ Catherine Schiaffo |
| (Type or print name) | (Signature of Declarant) |

**10-90172-LA Notice will be electronically mailed to:**

Daren Brinkman on behalf of Creditor Committee Official Committee of Unsecured Creditors of South Bay Expressway, L.P.
dbrinkman@brinkmanlaw.com,
orson@brinkmanlaw.com;office@brinkmanlaw.com

Kathleen A. Cashman-Kramer on behalf of Defendant Wells Fargo Bank, National Association
kcashman@psdslaw.com, chelam@psdslaw.com

Beth A. Clukey on behalf of United States Department of Justice United States of America
beth.clukey@usdoj.gov, efile.dkt.civ@usdoj.gov;estela.torres-byrd@usdoj.gov

Steven H. Felderstein on behalf of Defendant State of California, Department of Transportation
sfelderstein@ffwplaw.com

Glenn Douglas Gillett on behalf of United States Department of Justice United States of America
glenn.gillett@usdoj.gov

Robert J. Hanna on behalf of Defendant Wells Fargo Bank, N.A.
robert.hanna@bbklaw.com,
Lisa.Atwood@bbklaw.com;ellen.head@bbklaw.com

Robert Pilmer on behalf of Defendant California Transportation Ventures, Inc.
alex.pilmer@kirkland.com, CounselSBX-ProjectToll@kirkland.com

Laura Portillo on behalf of Creditor Committee Official Committee of Unsecured Creditors of South Bay Expressway, L.P.
office@brinkmanlaw.com, marianne@brinkmanlaw.com

Gerald N. Sims on behalf of Defendant Wells Fargo Bank, National Association
jerrys@psdslaw.com

Dennis J. Wickham on behalf of Defendant IntranS Group, Inc.
wickham@scmv.com, havard@scmv.com

H. James Wulfsberg on behalf of Debtor Otay River Constructors, a

joint venture of URS Energy & Construction, Inc., and Fluor Corp.
jwulfsberg@wulfslaw.com